UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INLAND CONSTRUCTION COMPANY, a Washington corporation,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a foreign corporation; SEABURY & SMITH, INC., a foreign corporation,<br><br>  Defendants. | NO: CV-09-170-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is the parties' Stipulated Motion to Dismiss all Claims with Prejudice and without Fees or Costs (Ct. Rec. 40). Having reviewed said motion and the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. Accordingly,

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal with Prejudice (**Ct. Rec. 40**) is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 28th day of October, 2010.

>   *s/ Rosanna Malouf Peterson*
>   ROSANNA MALOUF PETERSON
>   United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2